**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

LILIANA BARRIOS-CONTRERAS,	Case No.: [To be assigned]

Plaintiff,

v.

BIG FISH ENTERTAINMENT, LLC, et al.,

Defendants.

## AFFIDAVIT OF PLAINTIFF IN SUPPORT OF VERIFIED COMPLAINT

I, Liliana Barrios-Contreras, declare under penalty of perjury:

1. I am the Plaintiff in this action. I submit this affidavit to give my voice—my real voice—a place on the record, and to ensure that what was done to me is not buried, edited, or monetized any further.

2. I worked as a cast member on Black Ink Crew Chicago. I showed up. I gave my creativity, my energy, and my story to that production. What I received in return was manipulation, exploitation, and ultimately defamation—wrapped in contracts I never fully understood and surrounded by people who never intended to protect me.

3. When I left the show, I believed that chapter of my life was closed. I did not give consent for my image, voice, or identity to be used beyond that point. I revoked all permission. I moved on—until I was dragged back in against my will, as my face was broadcast again and again, repackaged and rerun for profit.

4. I watched them re-edit reality—turning me into a villain. I watched them air a false message claiming I was "unwelcome due to past racial insensitivity," when the truth is that I was invited, filmed, Mic'd, and used. They wanted my story without giving me a voice. They wanted my face without my humanity. That broadcast broke something in me.

5. They knew what they were doing. They used the ugliest lie they could craft to ensure I wouldn't fight back—that I wouldn't be believed that I would stay silent out of shame or fear. But I'm not ashamed. I'm angry, yes. But I am clear-eyed, calm, and determined.

6. In 2023, I discovered they had submitted a sworn declaration to federal court falsely stating I had earned $218,000 from the show. That number contradicted years of tax forms that showed $116,000. Months later, they submitted a new number: $168,797.54. My

1

truth—and the truth of what I was owed—was treated like fiction. These aren't accounting errors. They are violations.

7.      I filed this lawsuit not just for myself, but for every artist who has been used and thrown away. For every woman who was manipulated behind the camera and slandered in front of it. For every creative who has been told they are replaceable, who had their work stolen, their names smeared, and their stories rewritten by people in power.

8.      I am not a line in a script. I am not a clip to be edited. I am a human being whose life was altered by the lies and greed of those who saw me as a character, not a person.

9.      I am not seeking revenge. I am seeking restoration. I want the truth in the record. I want my name back. And I want those responsible to be held accountable—not just because they hurt me, but because they should never be allowed to do this to anyone again.

10.     I submit this affidavit to stand on the record. To stand up for myself. And to say, clearly: what they did was wrong. And I will no longer carry the weight of their lies.


I declare under penalty of perjury that the foregoing is true and correct.


Executed this 15 day of April, 2025.

*[signature]*

LILIANA BARRIOS ███████████

6643 San Pedro Ave

 San Antonio, Texas 78216

███████████

███████████████████████████

2