UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LILIANA BARRIOS,<br><br>         Plaintiff,<br><br>-against-<br><br>BIG FISH ENTERTAINMENT, LLC, et al.,<br><br>         Defendants. | 25-CV-3203 (JGLC)<br><br>**ORDER OF SERVICE** |

JESSICA G. L. CLARKE, United States District Judge:

  Plaintiff Liliana Barrios, of San Antonio, Texas, brings this action *pro se*, asserting claims under the Racketeer Influenced and Corrupt Organizations Act, the Lanham Act, 42 U.S.C. § 1981, and the Fair Labor Standards Act, as well as claims under state law. She sues: (1) Big Fish Entertainment, LLC ("Big Fish"); (2) Dan Cesareo; (3) Rasheed Daniels; (4) Rocky Bronzino II; (5) Amazon, Inc.; (6) Amazon Prime Video; (7) Paramount Global; (8) Viacom CBS; (9) VH1; (10) BET+; (11) Paramount+; (12) Apple TV; (13) YouTube TV; (14) Roku TV; (15) Sling TV; (16) Pluto TV; and (17) "Doe Defendants 1-10."

  By order dated April 23, 2025, the court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees. Plaintiff does not provide the service addresses of any of the defendants named in this action. The Court has accepted the assignment of this action as related to *Barrios-Contreras v. Big Fish Entm't, LLC*, 1:23-CV-5821 (JGLC) (HJR), in which Big Fish, Cesareo, and Daniels, among others, are named as defendants. Because the Court is aware, from *Barrios-Contreras*, 1:23-CV-5821 (JGLC) (HJR), of the service addresses of Big Fish and Cesareo, the Court directs service of process for this action on those defendants using the service addresses employed for those defendants in that other action.

The Court also directs Plaintiff to provide the Court with the service addresses of the other identified defendants named in this action within 30 days of the date of this order.

## DISCUSSION

Because Plaintiff has been granted permission to proceed IFP, she is entitled to rely on assistance from the Court and the United States Marshals Service ("USMS") to effect service.[1] *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the USMS to serve if the plaintiff is authorized to proceed IFP).

To allow Plaintiff to effect service on Big Fish and Cesareo through the USMS, the Clerk of Court is instructed to fill out a USMS Process Receipt and Return form ("USM-285 form") for each of those defendants. The Clerk of Court is further instructed to issue a summons for each of those defendants and deliver to the USMS all the paperwork necessary for the USMS to effect service of a summons and the complaint on each of those defendants.

If summonses and the complaint are not served on Big Fish and Cesareo within 90 days after the date that the summonses for those defendants are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss this action if she fails to do so.

---

[1] Although Rule 4(m) of the Federal Rules of Civil Procedure generally requires that a summons be served within 90 days of the date the complaint is filed, Plaintiff is proceeding IFP and could not have effected service until the Court reviewed the complaint and ordered that any summonses be issued. The Court therefore extends the time to serve Big Fish and Cesareo until 90 days after the date that the summonses for those defendants issue.

## CONCLUSION

The Court directs the Clerk of Court to mail an information package to Plaintiff.

The Court also directs the Clerk of Court to: (1) issue summonses for Defendants Big Fish Entertainment, LLC and Cesareo; (2) complete USM-285 forms for those defendants; and (3) deliver all documents necessary to effect service of a summons and the complaint on each of those defendants to the USMS.

The Court further directs Plaintiff to provide the Court with the services addresses of the other identified defendants named in this action within 30 days of the date of this order.

SO ORDERED.

Dated:   May 22, 2025
         New York, New York

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

## SERVICE ADDRESSES FOR DEFENDANTS

1. Big Fish Entertainment, LLC
   101 Hudson Street, 40th Floor
   Jersey City, New Jersey 07302

2. Dan Cesareo
   Big Fish Entertainment, LLC
   101 Hudson Street, 40th Floor
   Jersey City, New Jersey 07302