UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Liliana Barrios,                                                                CaseNo.  1:25-CV-03203 (JGLC)

Plaintiff,

v.

Big Fish Entertainment, LLC, et al.,

Defendants.

**NOTICE OF SERVICE ADDRESSES FOR REMAINING DEFENDANTS**

To the Honorable Judge Jessica G. L. Clarke:

Pursuant to the Court's Order of Service dated May 22, 2025 (ECF No. 10), Plaintiff Liliana Barrios respectfully submits the following service addresses for the named Defendants not already subject to service by the U.S. Marshals Service:

1. Amazon Inc. – 410 Terry Avenue North, Seattle, WA 98109

2. Amazon Prime Video – 410 Terry Avenue North, Seattle, WA 98109

3. Paramount Global – 1515 Broadway, New York, NY 10036

4. ViacomCBS – 1515 Broadway, New York, NY 10036

5. VH1 – 1515 Broadway, New York, NY 10036

6. BET+ – 1515 Broadway, New York, NY 10036

7. Paramount+ – 1515 Broadway, New York, NY 10036

8. Apple TV – One Apple Park Way, Cupertino, CA 95014

9. YouTube TV – 901 Cherry Avenue, San Bruno, CA 94066

10. Roku TV – 1155 Coleman Avenue, San Jose, CA 95110

11. Sling TV – 9601 S. Meridian Blvd., Englewood, CO 80112

12. Pluto TV – 700 N. San Vicente Blvd., West Hollywood, CA 90069


Respectfully submitted,

/s/ Liliana Barrios

Plaintiff, Pro Se

6643 San Pedro Avenue San Antonio, TX 78216

[redacted]

[redacted]