UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LILIANA BARRIOS,

                Plaintiff,

-against-                         25-CV-3203 (JGLC)

BIG FISH ENTERTAINMENT, LLC, et al.,      **ORDER OF SERVICE**

                Defendants.

JESSICA G. L. CLARKE, United States District Judge:

      Plaintiff Liliana Barrios, of San Antonio, Texas, brings this action pro se, asserting claims under the Racketeer Influenced and Corrupt Organizations Act, the Lanham Act, 42 U.S.C. § 1981, and the Fair Labor Standards Act, as well as claims under state law. She sues: (1) Big Fish Entertainment, LLC; (2) Dan Cesareo; (3) Rasheed Daniels; (4) Rocky Bronzino II; (5) Amazon, Inc.; (6) Amazon Prime Video; (7) Paramount Global; (8) Viacom CBS; (9) VH1; (10) BET+; (11) Paramount+; (12) Apple TV; (13) YouTube TV; (14) Roku TV; (15) Sling TV; (16) Pluto TV; and (17) "Doe Defendants 1-10."

      On May 22, 2025, the Court ordered service on Defendants Big Fish Entertainment, LLC and Cesareo. ECF No. 10. The Court also directed Plaintiff to provide the Court with the services addresses of the other identified defendants named in this action. *Id.* Plaintiff did so at ECF No. 12. Accordingly, the Clerk of Court is respectfully directed to: (1) issue summonses for the Defendants identified in ECF No. 12; (2) complete USM-285 forms for those defendants; and (3) deliver all documents necessary to effect service of a summons and the complaint on each of those defendants to the USMS.

Dated: May 29, 2025
       New York, New York                      SO ORDERED.

                                                               JESSICA G. L. CLARKE
                                                               United States District Judge