UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LILIANA BARRIOS,

                Plaintiff,

-v-

BIG FISH ENTERTAINMENT, *et al.*,

                Defendants.

**ORDER**

23-CV-5821 (JGLC) (HJR)
25-CV-3203 (JGLC) (HJR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2025

**HENRY J. RICARDO, United States Magistrate Judge.**

As discussed in today's conference, the Court sets the following deadlines:

- The parties are directed to meet and confer concerning arbitration and Plaintiff's motion to vacate in 23-cv-5821 by **August 12, 2025**;
- The parties are directed to file a joint status letter concerning the meet and confer by **August 15, 2025**;
- Defendants' anticipated motion to compel arbitration in 25-cv-3203 is due by **September 12, 2025**;
- Plaintiff's opposition to the motion to compel is due by **October 14, 2025**; and
- Defendants' reply is due by **October 28, 2025**.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

**SO ORDERED.**

Dated: July 24, 2025
      New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1