UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LILIANA BARRIOS-CONTRERAS,

                Plaintiff,

     -against-

BIG FISH ENTERTAINMENT LLC et al.,

                Defendants.

------------------------------------------------------------------X

25-CV-3203 (JGLC)(SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

     The Court held a telephonic conference with Plaintiff and all defendants who have appeared in this action to discuss several issues related to serving the remaining defendants and the overall posture of this case.

     First, corporate defendants Roku Inc. and YouTube TV may not have been served yet. Because Plaintiff has been granted permission to proceed In Forma Pauperis (IFP), she is entitled to rely on the Court and the U.S. Marshals Service to effect service. See Walker v. Schult, 717 F.3d 119, n.6 (2d Cir. 2013); 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process... in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP).

     To allow Plaintiff to effectuate service on Defendants Roku Inc. and YouTube TV through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process and Return form (USM-285 form). The Clerk is also instructed to issue a summons and deliver to the Marshals Service all necessary paperwork for service upon Roku

Inc. and YouTube TV via their national registered agent, Corporation Service Company (CSC), at the following addresses:

- **Service on Roku Inc.:**
  Roku Inc.
  c/o Corporation Service Company
  80 State Street
  Albany, NY 12207

- **Service on YouTube TV:**
  Google LLC d/b/a YouTube
  c/o Corporation Service Company
  80 State Street
  Albany, NY 12207

If the complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. See Meilleur v. Strong, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Second, corporate Defendant ViacomCBS is now Defendant Paramount Global and ViacomCBS no longer exists. Accordingly, and with Plaintiff's express consent, the Clerk of Court is directed to terminate ViacomCBS from this action and update the docket to change Paramount Global to Paramount Global f/k/a ViacomCBS Inc.

Third, three remaining individual defendants named in Plaintiff's complaint have not yet been served. They are Chris Engelmann, Lindsey Bannister, and Rasheed J. Daniels. The parties informed the Court that these individuals may have been former employees of Defendant Big Fish Entertainment, LLC ("Big Fish"). Big Fish is directed to either (1) contact these individuals and inform the Court whether they intend to voluntarily appear in this action and waive service or (2) provide the last known business or residential addresses of these individuals to the Court for purposes of effecting service. Big Fish shall notify the Court by November 14, 2025.

Finally, the Court will send Plaintiff a copy of the Consent to Electronic Service form, which will allow her to receive electronic service of notices and documents in this case.

## CONCLUSION

The Clerk of Court is respectfully instructed to issue a summons for Defendants Roku Inc. and YouTube TV through their registered agent, CSC, and to direct the U.S. Marshals Service to serve these Defendants.

Defendant Big Fish Entertainment LLC ("Big Fish") is directed to either (1) contact Chris Engelmann, Lindsey Bannister, and Rasheed J. Daniels and inform the Court whether they intend to voluntarily appear in this action and waive service or (2) provide the last known business or residential addresses of these individuals for purposes of effecting service. Big Fish shall notify the Court by November 14, 2025.

The Clerk of Court is directed to terminate ViacomCBS from this action and update the docket to change Paramount Global to Paramount Global f/k/a ViacomCBS Inc.

The Clerk of Court is directed to mail the Plaintiff a copy of the Consent to Electronic Service form.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   October 30, 2025
         New York, New York

3