UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

LILIANA BARRIOS-CONTRERAS,

                    **Plaintiff,**

        -against-

BIG FISH ENTERTAINMENT LLC, et. al.,

                    **Defendants.**

-------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/7/2026
```

25-CV-3203 (JGLC)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Filings that the Court has mailed to Plaintiff have been returned as undeliverable. See

Docket Entry dated 03/06/2026, Mailing Receipt re: Dkt. No. 146; Docket Entry dated

04/03/2026, Returned Mail re: Dkt. No. 148. Plaintiff is obligated to keep the Court apprised of

her current contact information. Failure to do so may result in dismissal of this action for failure

to prosecute. See Fed. R. Civ. P. 41(b). Plaintiff is further reminded that she may consent to

electronic service by completing the Consent to Electronic Service form previously mailed to her

by the Clerk of Court. See Dkt. No. 81.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     April 7, 2026
             New York, New York