USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/11/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**-----------------------------------------------------------------X**

**LILIANA BARRIOS-CONTRERAS,**

**Plaintiff,**

**-against-**

**BIG FISH ENTERTAINMENT LLC, et al.,**

**Defendants.**

**-----------------------------------------------------------------X**

**25-CV-03203 (JGLC)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The Court has received Plaintiff's letter, ECF No. 155, indicating that Plaintiff has submitted a demand for arbitration to the American Arbitration Association ("AAA") concerning the claims directed to arbitration by the Court. Plaintiff shall update the Court on the progress of the arbitration no later than Monday, January 11, 2027, or earlier if the arbitration has concluded before that date.

This matter remains STAYED as to all Defendants. See ECF No. 154.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: September 11, 2026
New York, New York